**O**
**JS-6**

# United States District Court
## Central District of California

| | |
|---|---|
| ADEKUNLE KAY BALOGUN,<br><br>          Plaintiff,<br><br>    v.<br><br>SUSAN DIBBINS et al.,<br><br>          Defendants. | Case № 2:25-cv-02413-ODW (MARx)<br><br>**JUDGMENT** |

///
///
///
///
///
///
///
///
///
///
///
///

1

## JUDGMENT

In light of the Court's Order **GRANTING** Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, (Dkt. No. 41), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Defendants shall have **JUDGMENT** in their favor;

2. Plaintiff shall receive nothing; and

3. The Clerk of the Court shall close the case.


**IT IS SO ORDERED.**


February 23, 2026

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**